Raymond Anderson, Plaintiff-Appellee, v. Hebron Packing Company, a Corporation, Defendant-Appellant.

Gen. No. 11,585.

Second District, First Division.
February 26, 1962.
Rehearing denied March 20, 1962.

Judgment reversed.

Joslyn, Parker, Kell & Conerty, all of Woodstock, for appellant; Eckert, Caldwell & Gleason, all of Woodstock, for appellee. Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.**